# SUPREME COURT OF PENNSYLVANIA

131 A.3d 489–493

| | | | |
|---|---|---|---|
| Abramowich v. Albert; Albert, In re [1] | 02/02/2016 | 424 WAL (2015) | Denied |
| Babb v. Centre Community Hosp. [2] | 02/17/2016 | 516 MAL (2015) | Denied Pa.Super., 122 A.3d 1122 |
| Cluck-U Corp. v. Docson Consulting, LLC; Dougherty, In re [3] | 02/02/2016 | 791 MAL (2015) | Denied No. 1109 MDA 2015 |
| Com. v. Arms [4] | 02/17/2016 | 529 EAL (2015) | Denied Pa.Super., 131 A.3d 90 |
| Com. v. Blackwell [5] | 02/01/2016 | 510 EAL (2015) | Denied Pa.Super., 125 A.3d 461 |
| Com. v. Booker [6] | 02/08/2016 | 461 WAL (2015) | Denied Pa.Super., 134 A.3d 107 |

1.  Justice EAKIN did not participate in the decision of this matter.
2.  Justice EAKIN did not participate in the consideration or decision of this matter.
3.  Justice EAKIN did not participate in the decision of this matter.
4.  Justice EAKIN and DONOHUE did not participate in the consideration or decision of this matter.
5.  Justice EAKIN did not participate in the consideration or decision of this matter.
6.  Justice EAKIN did not participate in the decision of this matter. Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.